**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 01-6354**

-----

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

BRYAN EUGENE CLARK,

                              Defendant - Appellant.

-----

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L. Voorhees,
District Judge.  (CR-96-10-V, CA-98-60-5-2-V)

-----

Submitted:  January 31, 2002        Decided:  February 6, 2002

-----

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

-----

Dismissed by unpublished per curiam opinion.

-----

Bryan Eugene Clark, Appellant Pro Se.  C. Nicks Williams, OFFICE OF
THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bryan Eugene Clark appeals the district court's order denying his motion to amend his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We dismiss the appeal for lack of jurisdiction because the order is not appealable.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2